UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. BUTLER, | No. 2:19-cv-2309 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 21, 2020, are adopted in full.

2. Respondent's motion to dismiss (ECF No 9) is granted;

1

3. Petitioner's application for a writ of habeas corpus is dismissed without prejudice; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: June 29, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE